# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH
## NO. 02-12-00408-CR



ROBERTO ARLEY RODRIGUEZ          APPELLANT
A/K/A ROBERTO RODRIGUEZ

V.

THE STATE OF TEXAS          STATE

----------

### FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Roberto Arley Rodriguez a/k/a Roberto Rodriguez attempts to appeal from his conviction for aggravated robbery with a deadly weapon. The trial court's certification states that this is "a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On September 4, 2012, we notified Rodriguez that the appeal would be dismissed pursuant to the trial

---

[1]*See* Tex. R. App. P. 47.4.

court's certification unless he or any party desiring to continue the appeal filed a response on or before September 14, 2012, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. We received a response, but it does not show grounds for continuing the appeal. Therefore, in accordance with the trial court's certification, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 11, 2012